IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Trustees of the University of Pennsylvania**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**Credforce America, Inc.**<br><br>　　　　　　Defendant. | No. 2:20-cv-05096-PBT<br><br>Civil Action |

## **REQUEST TO CLERK OF COURT FOR ENTRY OF DEFAULT**

TO THE CLERK OF COURT:

　　　Pursuant to Federal Rule of Civil Procedure 55(a) and the attached declaration, please enter a default against defendant Credforce America, Inc. in the above-captioned action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SIRLIN LESSER & BENSON, P.C.

　　　　　　　　　　　　　　　　　　　 /s/  Patrick J. Troy
　　　　　　　　　　　　　　　　　　　Patrick J. Troy (PA Id. 89890)
　　　　　　　　　　　　　　　　　　　ptroy@sirlinlaw.com
　　　　　　　　　　　　　　　　　　　123 South Broad Street, Suite 2100
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　　　　　　　　Phone: (215) 864-9700
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated:  December 21, 2020