## CERTIFICATION OF SERVICE

I, Patrick J. Troy, hereby certify that, on December 21, 2020 I filed the foregoing Request for Default with the Court's ECF system and delivered the same to the following via first-class mail and ECF as set forth below:

CredForce America, Inc.
c/o Rajiv Gupta
3700 N. Capital of Texas Highway
Suite 450A
Austin, TX  78746
*Via First-Class Mail*

　　　　　　　　　　　　　　　　　　　　　　/s/  Patrick J. Troy