IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br><br>    Plaintiff,<br><br>vs.<br><br>CREDFORCE AMERICA, INC.<br><br>    Defendant. | CIVIL ACTION<br><br>No. 2:20-cv-05096-PBT |

## PLAINTIFF'S MOTION TO STRIKE

Plaintiff, Trustees of the University of Pennsylvania, by its agent the Aresty Institute of Executive Education of the Wharton School ("Plaintiff" or "Wharton"), hereby files this Motion to Strike the Response to the Summons filed by CredForce America, Inc. ("Defendant") (Doc. No. 5) and for the reasons set forth in the Memorandum of Law respectfully requests that the Motion be Granted.

        Respectfully submitted,

        SIRLIN LESSER & BENSON, P.C.

        /s/ Patrick J. Troy
Dated: January 12, 2021        Patrick J. Troy (PA Id. 89890)
        123 South Broad Street, Suite 2100
        Philadelphia, PA 19109
        *Attorneys for Plaintiff*