## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Trustees of the University of Pennsylvania** | No. 2:20-cv-05096-PBT |
| Plaintiff, | |
| vs. | Civil Action |
| **Credforce America, Inc.** | |
| Defendant. | |

## **PRAECIPE TO SUBSTITUTE EXHIBIT**

TO THE CLERK OF COURT:

     Please substitute the attached exhibit of the March 18, 2019 agreement between plaintiff the Trustees of the University of Pennsylvania, through the Aresty Institute of Executive Education at the Wharton School, and defendant CredForce America, Inc. for Exhibit C attached to the Complaint (Doc. No. 1) in the above-reference action.

                                                Respectfully submitted,

                                                SIRLIN LESSER & BENSON, P.C.

                                                /s/ Patrick J. Troy
                                                Patrick J. Troy (PA Id. 89890)
                                                123 South Broad Street, Suite 2100
Dated: May 7, 2021                             Philadelphia, PA 19109
                                                *Attorney for Plaintiff*

2

## **CERTIFICATION OF SERVICE**

I, Patrick J. Troy, hereby certify that, on May 7, 2021, I filed the foregoing praecipe with the Court's ECF system and delivered the same to the following via first-class mail addressed to:

CredForce America, Inc.
Attn: Sanjeeva Shukla
3700 N. Capital of Texas Highway
Suite 450A
Austin, TX 78746

  /s/ Patrick J. Troy